UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BELYEW, | No. 2:18-cv-0052-EFB P |
| Plaintiff, | |
| v. | ORDER |
| JENNIFER DUPRE-TOKOS, | |
| Defendant. | |

Plaintiff is a county jail inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983. Federal courts must engage in a preliminary screening of cases in which prisoners seek redress from a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court must identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint "is frivolous, malicious, or fails to state a claim upon which relief may be granted," or "seeks monetary relief from a defendant who is immune from such relief." *Id.* § 1915A(b).

The court cannot conduct the required screening of plaintiff's complaint because plaintiff has not signed it. *See* ECF No. 1. Rule 11 of the Federal Rules of Civil Procedure requires that "[e]very pleading, written motion, and other paper . . . be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a). Because plaintiff did not sign the complaint (ECF No. 1), it will be disregarded.

In addition, plaintiff must pay the $400 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

Until plaintiff submits a signed complaint and either pays the filing fee or meets the requirements of 28 U.S.C. § 1915(a), there is simply no case before the court. *See* Fed. R. Civ. P. 3 ("A civil action is commenced by filing a complaint with the court.").

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall strike the unsigned complaint (ECF No. 1) from the docket.
2. Within 30 days of the date of this order, plaintiff shall file a signed complaint.
3. Within 30 days of the date of this order, plaintiff shall either pay the $400 filing fee or submit a complete application for leave to proceed in forma pauperis using the form provided.
4. Plaintiff's failure to comply with this order may result in this case being closed.
5. The Clerk of the Court is directed to send plaintiff the court's form prisoner civil rights complaint and application for leave to proceed in forma pauperis.

Dated: January 11, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE